# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NIVEEN ISMAIL,<br><br>      Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF ORANGE COUNTY, et al.,<br><br>      Respondents. | Case No. SACV 11-00374 VBF (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: 4-8-11

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
United States District Judge