UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NIVEEN ISMAIL, ) | |
| ) | |
| Petitioner, ) | Case No. SACV 11-00374 VBF(AJW) |
| ) | |
| v. ) | [Proposed] |
| ) | |
| SUPERIOR COURT OF ) | J U D G M E N T |
| ORANGE COUNTY, et al. ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 4-8-11

_____
Valerie Baker Fairbank
United States District Judge